UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDI QUINTELL,<br><br>        Plaintiff,<br><br>    v.<br><br>DANIEL TOMKO,<br><br>        Defendant. | Case No. 3:22-cv-09158-WHO<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING CASE**<br><br>Re: Dkt. Nos. 7, 12 |

    Pro se plaintiff Randi Quintell filed this case against defendant Daniel Tomko. On January 4, 2023, the Honorable Joseph Spero issued an Order to Show Cause as to why the case should not be dismissed for lack of federal jurisdiction and failure to state a claim. [Dkt. Nos. 5, 6]. Quintell did not respond and on February 10, 2023, Judge Spero issued a Report and Recommendation that the case be dismissed for lack of federal jurisdiction. [Dkt. No. 7]. The case was reassigned to me. Subsequently, Quintell filed a "Request for reconsideration/appeal" explaining that circumstances in her life have made it hard for her to respond in a timely manner. [Dkt. No. 10]. In light of that filing, I granted Quintell until April 17, 2023, to respond to the Order to Show Cause and file an amended complaint identifying federal claims and supporting facts that would confer jurisdiction on this court. [Dkt. No. 12].

    Quintell has not filed an amended complaint. Accordingly, I ADOPT Judge Spero's well-reasoned Report and Recommendation, Dkt. Nos. 6, 7, and DISMISS this case for lack of jurisdiction.

    **IT IS SO ORDERED.**

Dated: April 24, 2023

William H. Orrick
United States District Judge